UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on March 13, 2025

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. |
| v. | |
| JAMES JACKSON, | VIOLATIONS: |
| | 18 U.S.C. § 2250(a) |
| Defendant. | (Failure to Register as a Sex Offender) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about and between the dates of June 9, 2025, and August 25, 2025, within the District of Columbia and elsewhere, the defendant, **JAMES JACKSON,** a person required to register under the Sex Offender Registration and Notification Act, traveled in interstate commerce and did knowingly fail to register and update a registration.

(**Failure to Register as a Sex Offender,** in violation of 18 U.S.C. § 2250(a))

A TRUE BILL

FOREPERSON

Jeanine Ferris Pirro

By: *Janani J. Iyengar*

Janani Iyengar
Attorney of the United States
and for the District of Columbia