AO 442 (Rev. 01/09) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
District of Columbia

**RECEIVED**
By USMS District of Columbia District Court at 8:17 am, Aug 27, 2025

| United States of America | ) |
| v. | ) Case: 1:25-cr-00248 |
| JAMES JACKSON | ) Assigned To: Judge Nichols, Carl J. |
|  | ) Assign Date: 8/26/2025 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* |  |

### ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   James Jackson                                                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 2250(a) (Failure to Register as a Sex Offender).

Date: 08/26/2025

*Issuing officer's signature*

City and state:   Washington, D.C.

G. Michael Harvey, United States Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)*  08/27/2025 , and the person was arrested on *(date)*  08/28/2025
at *(city and state)*   Washington DC                           .

Date: 8/28/25

*Arresting officer's signature*

B. Stallman - DUSM
*Printed name and title*